In the Matter of the Judicial Settlement of the Accounts of GEORGE S. ALLEN, as Executor, etc., of MARIAN E. PERRY, Deceased.— Appeal dismissed, unless

appellants shall file and serve the printed brief and records by August fifteenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.